STEVEN R. HARDY

      Petitioner

v.                                                                           Case No.:  8:10-cv-2819-T-24TBM
                                                                                              8:05-cr-44-T-24TBM

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER

      This cause comes before the Court on Petitioner Hardy's Request for a Certificate of
Appealability ("COA").  (CV Doc. No. 9).  As explained below, the motion for a COA is
**DENIED**.

      A prisoner seeking a motion to vacate has no absolute entitlement to appeal a district
court's denial of his motion. 28 U.S.C. § 2253(c)(1).  Rather, a district court must first issue a
COA.  Id.   "A [COA] may issue . . . only if the applicant has made a substantial showing of the
denial of a constitutional right."  Id. at § 2253(c)(2).  To make such a showing, Petitioner "must
demonstrate that reasonable jurists would find the district court's assessment of the
constitutional claims debatable or wrong,"  Tennard v. Dretke, 542 U.S. 274, 282 (2004)
(quoting Slack v. McDaniel 529 U.S. 473, 484 (2000)), or that "the issues presented were
'adequate to deserve encouragement to proceed further,'"  Miller-El v. Cockrell, 537 U.S. 322,
335-36 (2003) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 n. 4 (1983)). Petitioner has not
made the requisite showing in these circumstances.

      It is unclear whether Petitioner is seeking a COA regarding the denial of his § 2255
motion (CV Doc. No. 2), the denial of his motion for relief from judgment (CV Doc. No. 8), or
both.  To the extent that he seeks a COA regarding the denial of his § 2255 motion, such request

must be denied because the Eleventh Circuit has already determined that a COA is not warranted.  (CV Doc. No. 5).

Likewise, to the extent that Petitioner seeks a COA regarding the denial of his motion for relief from judgment, this Court finds that a COA is not warranted.  The issues raised in Petitioner's motion for relief from judgment were whether his § 2255 motion was timely filed and whether this Court addressed the merits of his § 2255 motion.  These issues were thoroughly addressed by this Court, and Petitioner has not made a substantial showing of the denial of a constitutional right.

Accordingly, it is ORDERED AND ADJUDGED that Petitioner's request for a COA is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 9th day of February, 2012.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
All Parties and Counsel of Record